# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                 :   No.     530
                                 :
MEDICAL MARIJUANA ACT   :   JUDICIAL ADMINISTRATION DOCKET

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of February, 2020, pursuant to the authority granted by Article V, Section 10 of the Pennsylvania Constitution, this Court hereby Orders as follows.

No judge shall have a financial interest, as defined by Section 2101.1(e) of the Medical Marijuana Act (35 P.S. §10231.2101.1(e)), in or be employed, directly or indirectly, by a medical marijuana organization, or by any holding company, affiliate, intermediary or subsidiary thereof. The term "judge" shall include justices, judges of the Superior Court, judges of the Commonwealth Court, judges of the Courts of Common Pleas, judges of the Philadelphia Municipal Court, and magisterial district judges, but shall not include lawyers and non-lawyers performing judicial functions, including but not limited to masters and arbitrators, for the Unified Judicial System.

In accordance with this Order, the Comments to Rule 3.11 of the Code of Judicial Conduct and Rule 3.11 of the Rules Governing Standards of Conduct of Magisterial District Judges are promulgated as set forth in Annex A.

To the extent that notice of proposed rulemaking would be required by Rule 103 of the Pennsylvania Rules of Judicial Administration or otherwise, the immediate amendment of the Code of Judicial Conduct and Rules Governing Standards of Conduct of Magisterial District Judges is hereby found to be required in the interest of justice and efficient administration.

This Order shall be effective on September 1, 2020, and shall be processed in accordance with Rule 103(b) of the Pennsylvania Rules of Judicial Administration.